AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ALANA JOHNSON,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV123-26

STATE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated June 16, 2023, the Magistrate Judge's Report and

Recommendation is adopted as the Court's opinion.  Therefore Plaintiff's complaint is dismissed

without prejudice, and Plaintiff is denied a certificate of appealability.  This case stands closed.



6/16/23
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*